**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

       Plaintiff,

                              Court Number: 97-73028
                              Honorable: Patrick J. Duggan
-VS-                            Claim Number: 1997A12083

JAMES BANKS
SS# XXX-XX-5175

       Defendant.
_____/

## ORDER RELEASING TAX GARNISHMENT

Upon the reading and filing of the above Petition, the **STATE OF MICHIGAN TREASURY DEPARTMENT** is hereby released from any liability under said **GARNISHMENT** and any funds shall be restored to the principal defendant upon receipt of this document.

                          s/Patrick J. Duggan
                          Patrick J. Duggan
                          United States District Judge

Dated: February 22, 2009February 22, 2009
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 22, 2009February 22, 2009, by electronic and/or ordinary mail.

                          s/Marilyn Orem
                          Case Manager